IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VSEVOLOD GARANIN, et al.** | : | Civil No. 3:19-CV-1275 |
| | : | |
| **Plaintiffs,** | : | |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **CITY OF SCRANTON, et al.** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, the defendants' partial motion to dismiss (Doc. 25) is GRANTED IN PART AND DENIED IN PART. IT IS ORDERED THAT the motion to dismiss is GRANTED with respect to the following defendants and claims:

1. Count I is dismissed as to Defendants Uher and Oleski as to the William Street property, Defendants Carmona and Oleski as to the Willow Street property, and Defendant Courtright as to all properties;

2. Count V is dismissed as to the individual defendants;

3. Count VII is dismissed as to Defendant Courtright, and as to the claims based on the condemnation of the William Street property and the February 2019 citation for Prohibited Occupancy; and

4. Count VIII is dismissed as to Defendant Courtright.

IT IS FURTHER ORDERED THAT the motion is DENIED as to the malicious prosecution claim in Count VII based on the January 2019 Prohibited Occupancy citation.

So ordered this 31st day of March 2021.

<u>S/ Martin C. Carlson</u>  
Martin C. Carlson  
United States Magistrate Judge